# Exhibit 2

| US9095563B2 | CBD Pain Relief Cream ("Accused Product") |
|---|---|
| 11. A topical formulation, consisting essentially of: | The accused product is a topical formulation (e.g., Pain Relief Cream)<br><br>As shown below the accused product is a Pain Relief cream intended for topical application.<br><br><br><br>https://dailymed.nlm.nih.gov/dailymed/drugInfo.cfm?setid=b6b3102a-4154-2da2-e053-2995a90ae99f |



https://web.archive.org/web/20200523172129im_/https://www.cbddermaquest.com/wp-content/uploads/2019/11/CBD-Therapeutic-Massage-Cream-300x300.png

| an extract of *Cannabis sativa* or *Cannabis indica;* | The accused product consists of an extract of a Cannabis sativa or Cannabis indica (e.g., broad-spectrum Hemp plant).<br><br>As shown below, the accused product is a pain relief cream formulation which contain 1000mg of CBD derived from the broad-spectrum hemp plant. Hemp is the common name for the Cannabis sativa. |

**Inactive Ingredients:** Water (Aqua), Coconut Alkanes*, Sorbitan Olivate*, Cetearyl Olivate*, Glycerin*, Dimethyl Sulfone, Glyceryl Stearate*, Cannabidiol (From Hemp Extract), Stearic Acid*, Cetyl Palmitate*, Rosa Moschata Seed Oil*, Cetearyl Alcohol, Ceteareth-20, Sorbitan Palmitate*, Tocopherol, Vanillyl Butyl Ether, Coco-Caprylate/Caprate*, Caprylhydroxamic acid*, Glyceryl Caprylate*, Xanthan Gum*

**\*Natural**

https://dailymed.nlm.nih.gov/dailymed/drugInfo.cfm?setid=b6b3102a-4154-2da2-e053-2995a90ae99f



USDA Introduces a Multi-Year Plan to Strengthen U.S. Genebank Management of Plant Germplasm

**Taxon:** *Cannabis sativa* L.          New Species Search

| Nomenclature | Common Names | Distribution | Economic Uses |

**Common names**

Excel                                                          Search: [          ]

Showing 1 to 9 of 9 entries
Show [10 ▾] entries                                            Search: [          ]

| Language | Name | Alternate name | note | Citation |
|---|---|---|---|---|
| Chinese | da ma | 大麻 | | **Wu Zheng-yi & P. H. Raven et al., eds.** 1994-. Flora of China (English edition). |
| English | hemp | | | **Botanical Society of the British Isles.** BSBI taxon database (on-line resource). |

https://npgsweb.ars-grin.gov/gringlobal/taxon/taxonomydetail?id=8862

| at least one component selected from the group consisting of capsaicin, benzocaine, lidocaine, camphor, | The accused product contains at least one compound selected from the group consisting of capsaicin, benzocaine, lidocaine, camphor, benzoin resin, methylsalicilate, triethanolamine salicylate, hydrocortisone, and salicylic acid, present in an amount of at least 0.1 wt % in the topical formulation.<br><br>As shown below, the accused product contains 10% Trolamine salicylate (triethanolamine salicylate) as an active ingredient which is more than 0.1 wt % in the topical formulation. |
|---|---|

benzoin resin, methylsalicilate, triethanolamine salicylate, hydrocortisone, and salicylic acid, present in an amount of at least 0.1 wt % in the topical formulation,

## Drug Facts

| Active Ingredient | Purpose |
|---|---|
| Trolamine Salicylate 10% | Topical analgesic |

**Uses:** For temporary relief of minor aches and pains of the muscles and joints (such as arthritis, backache, sprains and bruises).

**Warnings**
• For external use only. • Keep out of reach of children

ALLERGY ALERT - If prone to allergic reaction from aspirin or salicylates, consult a doctor before use.

**When using this product**
• use only as directed
• do not bandage tightly or use with a heating pad
• avoid contact with eyes or mucous membranes
• do not apply to wounds or damaged skin.

**Stop use and ask a Doctor if**
• Condition worsens
• symptoms persist for more than 7 days or clear up and occur again within a few days
• redness is present
• irritation develops

**If pregnant or breast feeding**
Ask a health professional before use

**Keep out of reach of children**
If swallowed, get medical help or contact a Poison Control Center right away.

**Directions:**
**Adults and children over 12 years of age:**
• Apply generously to affected area
• massage into painful area until thoroughly absorbed into skin
• repeat as necessary, but no more than 4 times daily

**Children 12 years or younger:**
• Ask a doctor

**Other Information:** Store at room temperature

**Inactive Ingredients:** Water (Aqua), Coconut Alkanes*, Sorbitan Olivate*, Cetearyl Olivate*, Glycerin*, Dimethyl Sulfone, Glyceryl Stearate*, Cannabidiol (From Hemp Extract), Stearic Acid*, Cetyl Palmitate*, Rosa Moschata Seed Oil*, Cetearyl Alcohol, Ceteareth-20, Sorbitan Palmitate*, Tocopherol, Vanillyl Butyl Ether, Coco-Caprylate/Caprate*, Caprylhydroxamic acid*, Glyceryl Caprylate*, Xanthan Gum*

*Natural

  



DERMAQUEST

CBD
Pain Relief
Cream

https://dailymed.nlm.nih.gov/dailymed/drugInfo.cfm?setid=b6b3102a-4154-2da2-e053-2995a90ae99f

| | |
|---|---|
| wherein the concentration of cannabidiol in the topical formulation is greater than 2 milligrams per kilogram in the topical formulation, | The accused product has concentration of cannabidiol in the topical formulation is greater than 2 milligrams per kilogram in the topical formulation.<br><br>As shown below, the accused product contains 1000 mg of cannabidiol (CBD) which is greater than 2 milligrams per kilogram. (Total weight of formulation is 57 gm) |



https://dailymed.nlm.nih.gov/dailymed/drugInfo.cfm?setid=b6b3102a-4154-2da2-e053-2995a90ae99f

| said topical | The accused product is topical formulation obtained by dispersing the extract of *Cannabis* |

| formulation obtained by dispersing the extract of *cannabis sativa* or *canna bis* indicia in a water-in-oil emulsion, an oil-in-water emulsion, a wax-in-oil base, or an oil-in-wax base | *sativa* or *Cannabis indica (e.g.,* broad-spectrum Hemp plant) in a water-in-oil emulsion, an oil-in-water emulsion, a wax-in-oil base, or an oil-in-wax base (e.g., ointments).<br><br>The accused product is a topical cream formulation which contain extract from the broad-spectrum Hemp plant dispersed in a cream base.<br><br>The cream is an emulsion semisolid dosage form that contains >20% water and/or <50% of hydrocarbons, waxes, or polyethylene glycols as the vehicle for external application to the skin. Hence accused product is obtained by dispersing the extract of broad-spectrum Hemp plant in oil-in-water or water-in-oil emulsion. |



https://dailymed.nlm.nih.gov/dailymed/drugInfo.cfm?setid=b6b3102a-4154-2da2-e053-2995a90ae99f

Table 3
Suggested definitions of topical dosage forms

| Dosage form[a] | Definition | Formulation | Appearance and feel | Physical properties |
|---|---|---|---|---|
| Topical solution | A clear, homogeneous liquid[b] dosage form for external application to the skin | Usually contains an aqueous or alcoholic vehicle; though an oil may also serve as the vehicle. May contain a gelling agent to thicken the solution | Clear, thin | |
| Topical suspension | A liquid[b] dosage form, that consists of a solid suspended in a liquid vehicle in a two-phase system for external application to the skin | Usually contains an aqueous or alcoholic vehicle | Solid often settles with time, thus requiring shaking before use | |
| Lotion | An emulsion[c] liquid[b] dosage form for external application to the skin | Usually contains an aqueous vehicle and >50% water and volatiles[d] | Opaque, thin, non-greasy; tends to evaporate rapidly with a cooling sensation when rubbed onto the skin | Exhibits Newtonian or pseudoplastic flow behavior |
| Gel | A semisolid[c] dosage form that contains a gelling agent to provide stiffness to a solution or colloidal dispersion[f] for external application to the skin. A gel may contain suspended particles | Usually contains an aqueous or alcoholic vehicle and a gelling agent such as starch, cellulose derivatives, carbomers, magnesium–aluminum silicates, xanthan gum, colloidal silica, aluminum or zinc soaps[g] | Usually clear or translucent in a single-phase system; otherwise opaque in a two-phase system; thick, non-greasy; provides a cooling sensation when applied to the skin | Usually exhibits a single transition in TGA[h] corresponding to loss of the vehicle; does not flow at low shear stress and generally displays plastic flow behavior |
| Cream | An emulsion[c] semisolid[d] dosage form that contains >20% water and volatiles[d] and/or <50% of hydrocarbons, waxes, or polyethylene glycols as the vehicle for external application to the skin | Contains >20% water and volatiles[d] and/or <50% of hydrocarbons, waxes, or polyethylene glycols as the vehicle. There are two types of creams: an oil-in-water cream with water as the continuous phase and a water-in-oil cream with oil as the continuous phase | Opaque, viscous, non-greasy to mildly greasy; tends to mostly evaporate or be absorbed when rubbed onto the skin | Exhibits two or more transitions in TGA[h] indicative of at least a two-phase system; displays plastic flow behavior |
| Ointment | A suspension or emulsion semisolid[c] dosage form that contains <20% water and volatiles[d] and >50% of hydrocarbons, waxes, or polyethylene glycols as the vehicle for external application to the skin | Contains <20% water and volatiles[d] and >50% of hydrocarbons, waxes, or polyethylene glycols as the vehicle | Opaque or translucent, viscous, greasy; tends not to evaporate or be absorbed when rubbed onto the skin | |
| Paste | A semisolid[c] dosage form that contains a large proportion (i.e., 20–50%) of solids finely dispersed in a fatty vehicle for external application to the skin | Contains a large proportion (20–50%) of dispersed solids in a fatty vehicle | Opaque, viscous, greasy to mildly greasy; adheres well to the skin, forming a protective layer | |

https://www.sciencedirect.com/science/article/abs/pii/S037851730500102X?via%3Dihub

| consisting essentially of at least one component selected from the group consisting of capsaicin, | The accused product contains at least one component selected from the group consisting of capsaicin, benzocaine, lidocaine, camphor, benzoin resin, methylsalicilate, triethanolamine salicylate, hydrocortisone, and salicylic acid, present in an amount of at least 0.1 wt % in the topical formulation.<br><br>As shown below, the accused product contains 10% Trolamine salicylate (triethanolamine salicylate) as an active ingredient in the formulation. |
|---|---|

benzocaine,
lidocaine,
camphor,
benzoin resin,
methylsalicilate,
triethanolamine
salicylate,
hydrocortisone,
and salicylic
acid.



**Drug Facts**

| Active Ingredient | Purpose |
| --- | --- |
| Trolamine Salicilate 10% | Topical analgesic |

**Uses:** For temporary relief of minor aches and pains of the muscles and joints (such as arthritis, backache, sprains and bruises).

**Warnings**
• For external use only. • Keep out of reach of children

ALLERGY ALERT - If prone to allergic reaction from aspirin or salicylates, consult a doctor before use.

**When using this product**
• use only as directed
• do not bandage tightly or use with a heating pad
• avoid contact with eyes or mucous membranes
• do not apply to wounds or damaged skin.

**Stop use and ask a Doctor if**
• Condition worsens
• symptoms persist for more than 7 days or clear up and occur again within a few days
• redness is present
• irritation develops

**If pregnant or breast feeding**
Ask a health professional before use

**Keep out of reach of children**
If swallowed, get medical help or contact a Poison Control Center right away.

**Directions:**
**Adults and children over 12 years of age:**
• Apply generously to affected area
• massage into painful area until thoroughly absorbed into skin
• repeat as necessary, but no more than 4 times daily

**Children 12 years or younger:**
• Ask a doctor

**Other Information:** Store at room temperature

**Inactive Ingredients:** Water (Aqua), Coconut Alkanes*, Sorbitan Olivate*, Cetearyl Olivate*, Glycerin*, Dimethyl Sulfone, Glyceryl Stearate*, Cannabidiol (From Hemp Extract), Stearic Acid*, Cetyl Palmitate*, Rosa Moschata Seed Oil*, Cetearyl Alcohol, Ceteareth-20, Sorbitan Palmitate*, Tocopherol, Vanillyl Butyl Ether, Coco-Caprylate/Caprate*, Caprylhydroxamic acid*, Glyceryl Caprylate*, Xanthan Gum*

*Natural



**CBD**
Pain Relief
Cream



https://dailymed.nlm.nih.gov/dailymed/drugInfo.cfm?setid=b6b3102a-4154-2da2-e053-2995a90ae99f