IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Metronome LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**Dermaquest, LLC,**<br><br>    Defendant. | Case No. 1:25-cv-00275-CFC<br><br>Patent Case<br><br>Jury Trial Demanded |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Metronome LLC hereby dismisses this action **without prejudice**. Defendant Dermaquest, LLC has not yet answered the Complaint or moved for summary judgment.

Date: April 7, 2025

Respectfully submitted,

*/s/ Antranig Garibian*
Antranig Garibian, Esquire
DE Bar No. 4962
Garibian Law Offices, P.C.
1523 Concord Pike, Suite 400
Wilmington, DE 19803
(302) 722-6885
ag@garibianlaw.com

Isaac Rabicoff
Rabicoff Law LLC
(*pro hac vice* forthcoming)
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
Tel. (773) 669-4590
issac@rabilaw.com

***Attorneys for Plaintiff***
***Metronome LLC***

**SO ORDERED**, this _____ day of _____, 2025.

_____
**The Honorable Colm F. Connolly**
**Chief, United States District Court Judge**